

# TRACOR
11400 Commerce Park Drive
Reston, Virginia 22091-1506

# CER●IFICATE OF S●RVICE

District/off: 0104-3          User: VAP          Page 1 of 1          Date Rcvd: Oct 03, 2000
Case: 00-05511GAC      .     Form ID: #02        Total Served: 14

**00 OCT -6 PM 3:39**

The following entities were served by first class mail on Oct 05, 2000.
T      ANTONIO FIOL-MATTA,     CAPARRA TERRACE 1561 AVE AMERICO MIRANDA,     SAN JUAN, PR 00921
D      COLON ORTIZ, LEONIDES,    URB VIVES CALLE C #96,     GUAYAMA, PR 00784   **RECEIVED AND FILED**
DA     JULIO RIVERA TORO,    BOX 5090,    PONCE, PR 00731
       AUTORIDAD DE ENERGIA ELECTRICA,     PO BOX 4267,    SAN JUAN, PR 00936
       CAMARA DE COMERCIANTES MAYORISTAS,     PO BOX 195337,    HATO REY STA,    SAN JUAN, PR 00919-5337
      +DEPARTAMENTO DE HACIENDA,     PO BOX 9024140 OFICINA 424-B,    SAN JUAN, PR 00902
       DEPT JUSTICE-FEDERAL LITIGATION,     PO BOX 9020192,    SAN JUAN, PR 00902-0192
       OFFICE OF THE US TRUSTEE,    F DEGETAU FEDERAL BLDG ROOM 638,    150 CHARDON AVE,    SAN JUAN, PR 00918
       PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE 12 FLOOR,
       SAN JUAN, PR 00918
       STATE INSURANCE FUND,    HECTOR R. DIAZ GONZALEZ, ESQ.,    PO BOX 365028,    SAN JUAN, PR 00936-5028
1      COMMOLOCO,    PO BOX 363769,    SAN JUAN, PR 00936-3769
2      ISLAND FINANCE,    PO BOX 195369,    SAN JUAN, PR 00919-5369
3      ASSOCIATES,    PO BOX 7559,    CAGUAS, PR 00726
4      WESTERN AUTO,    PO BOX 51984,    TOA BAJA, PR 00950-1984

The following entities were served by electronic transmission.
NONE.                                                                      · TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner
shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Oct 05, 2000                    Signature:  _Joseph Speetjens_                        ⟨12⟩

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:                          :
                                           :        CASE NO. 00-05511 GAC
COLON ORTIZ, LEONIDES                      :
                                           :
                                           :
                                           :
                                           :        Chapter 7
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                                :
                                           :
      Debtor(s)                            :
                                           :

FILED & ENTERED

SEP 27 2000

CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, IT IS
ORDERED:  The debtor is granted a discharge under section 727 of title 11,
United States Code, (the Bankruptcy Code).

San Juan, Puerto Rico, this ___ day of September, 2000.

                                  BY THE COURT

                                  Gerardo A. Carlo
                                  United States Bankruptcy Judge

cc:  all creditors /
     ELBA CARDONA
     DEPUTY CLERK

     SEP 2 8 2000


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**